within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1500. IN RE DISBARMENT OF SACKS. It is ordered that Bernard Sacks, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1501. IN RE DISBARMENT OF TINARI. It is ordered that Nino V. Tinari, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1502. IN RE DISBARMENT OF STEUTERMANN. It is ordered that Edward M. Steutermann, of Prospect, Ky., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1503. IN RE DISBARMENT OF SYDNOR. It is ordered that Richard W. W. Sydnor, Jr., of Huntington, W. Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1504. IN RE DISBARMENT OF HANSON. It is ordered that Lyle Marion Hanson, of Kansas City, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1506. IN RE DISBARMENT OF WESTLER. It is ordered that Murray Westler, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1507. IN RE DISBARMENT OF BAIN. It is ordered that David Lee Bain, of San Diego, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.